FILED

12/12/2019

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION: 6026902 |
| --- | --- |
| Plaintiff, | Location Code: M13 |
| vs. | ORDER |
| BRENT J. PARK, | |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $250 fine and $30 processing fee for violation 6026902 (for a total of $280), and for good cause shown,

IT IS ORDERED that the $280 fine ($250 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6026902.

IT IS FURTHER ORDERED that the initial appearance scheduled for February 6, 2020, is VACATED.

DATED this 12th day of December, 2019.

_John Johnston_
United States Magistrate Judge